IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERICA L. CROQUART                                                          PLAINTIFFS
as Special Administrator of the Estate of
WILLIAM LELAND HENRY, deceased
and LINDA KAY HENRY

v.                          CASE NO. 3:18-CV-00052 BSM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                           DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of October 2018.

_____
UNITED STATES DISTRICT JUDGE